IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES H. DILLINGHAM III, | CASE NO. 7:15CV00188 |
| Plaintiff, | |
| v. | FINAL ORDER |
| EUGENE PAUL MURPHY, | By: Norman K. Moon |
| | United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 22nd day of June, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE